IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE PUPO-CARERA, ) | |
| ) | Civil Action No. 03 - 3E |
| Petitioner, ) | |
| ) | JUDGE SEAN McLAUGHLIN |
| v. ) | MAGISTRATE JUDGE LENIHAN |
| ) | |
| WARDEN JOHN LAMANNA, and ) | |
| U.S. IMMIGRATION AND ) | |
| NATURALIZATION SERVICE, ) | |
| ) | |
| Respondents. ) | |

## ORDER

On May 5, 2005, the United States Court of Appeals for the Third Circuit granted in part Petitioner's Motion for Reversal and Remand. The September 17, 2004 Order denying the Petition for a writ of habeas corpus was vacated and the case was remanded to the District Court for further consideration in light of Clark v. Martinez. Therefore,

**IT IS HEREBY ORDERED** this 9th day of January, 2006, that Respondent shall file a supplemental response to the petition in light of Clark v. Martinez on or before January 30, 2006.

LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE

cc:   JOSE PUPO-CARRERA
      90326-000
      FCI McKean
      P.O. Box 8000
      Bradford, PA 16701

      Laura Schleich Irwin, Esquire
      Assistant United States Attorney
      401 U.S. Post Office & Courthouse
      Pittsburgh, PA 15219