IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE PUPO-CARRERA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. 03-003 Erie |
| v. | ) | |
| | ) | JUDGE McLAUGHLIN |
| WARDEN JOHN J. LAMANNA; | ) | MAGISTRATE LENIHAN |
| U.S. IMMIGRATION AND | ) | |
| NATURALIZATION SERVICE | ) | |
| | ) | *(Electronic Filing)* |
| Respondents. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO:   Clerk of Court
      United States District Court
      Western District of Pennsylvania

And now comes Christy Wiegand, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters her appearance as lead attorney to be noticed for Respondents in the above-captioned case, in order to ensure that she receives electronic notice of all documents filed in this proceeding.

Please also remove Assistant United States Attorney Laura S. Irwin as counsel in the above-captioned case.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

/s/ Christy Wiegand
CHRISTY WIEGAND
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 644-3500

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within NOTICE OF APPEARANCE was served, by either electronic means or by postage paid U.S. Mail, to and upon the following:

Jose Pupo-Carrera
90326-000
FCI McKean
P.O. Box 8000
Bradford, PA 16701

**Petitioner**

/s/ Christy Wiegand
CHRISTY WIEGAND
Assistant U.S. Attorney

Dated: February 16, 2006