IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE PUPO-CARRERA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. 03-003 Erie |
| v. | ) | |
| | ) | JUDGE McLAUGHLIN |
| WARDEN JOHN J. LAMANNA; | ) | MAGISTRATE LENIHAN |
| U.S. IMMIGRATION AND | ) | |
| NATURALIZATION SERVICE | ) | |
| | ) | *(Electronic Filing)* |
| Respondents. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, the Respondents having filed a Motion for Enlargement of Time to File Supplemental Response and For Permission to File Supplemental Response Out of Time, said Motion is hereby GRANTED;

It is ORDERED that Respondents may file a Supplemental Response to the Petition Out of Time.

It is further ORDERED that the time for filing a response to the Petition in this case is hereby enlarged until March 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Jose Pupo-Carrera, Petitioner
     Christy Wiegand, Asst. U.S. Attorney