# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE PUPO-CARRERA, | ) |
| Petitioner, | ) |
|  | ) CIVIL ACTION NO. 03-003 Erie |
| v. | ) |
|  | ) JUDGE McLAUGHLIN |
| WARDEN JOHN J. LAMANNA; | ) MAGISTRATE LENIHAN |
| U.S. IMMIGRATION AND | ) |
| NATURALIZATION SERVICE | ) |
|  | ) *(Electronic Filing)* |
| Respondents. | ) |

## ORDER

AND NOW, this __16th__ day of __Feb__, 2006, the Respondents having filed a Motion for Enlargement of Time to File Supplemental Response and For Permission to File Supplemental Response Out of Time, said Motion is hereby GRANTED;

It is ORDERED that Respondents may file a Supplemental Response to the Petition Out of Time.

It is further ORDERED that the time for filing a response to the Petition in this case is hereby enlarged until March 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Jose Pupo-Carrera, Petitioner
    Christy Wiegand, Asst. U.S. Attorney