# Exhibit A

## DECLARATION OF KENT J. FREDERICK

I, Kent J. Frederick, Chief Counsel for the Philadelphia Office of the U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security (hereinafter "ICE") hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information and belief:

1. I have reviewed the file established for Jose Pupo-Carrera, A23-221-313, and our computer data base "DACS" for information regarding Pupo's current custody.
2. The file contains an order of supervision (attached hereto), which establishes that Pupo was released from ICE custody on February 8, 2005.
3. He remains under this order and is now residing in Miami, Florida.

Date: 3-15-06

Kent J. Frederick
Chief Counsel


U.S. Immigration
and Customs
Enforcement

**Order of Supervision**

Name: Jose PUPO-Carrera

*REPORTESE*

File No: 23 221 313
Date: 02-8-05

on 11/25/1995, you were ordered:
(Date of final order)

[x] Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
[ ] Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

[x] That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

[x] That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

[x] That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

[x] That you do not travel outside __Miami Area of Responsibility__ for more than 48 hours without first
(Specify geographic limits, if any)
having notified this Service office of the dates and places of such proposed travel.

[x] That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

[x] That you report in person on __May 16, 2005__ to this Service office at:
__7880 Biscayne Blvd. Miami, FL 33138__ unless you are granted written permission to report on another date.

[x] That you assist the Immigration and Customs Enforcement in obtaining any necessary travel documents.

[x] Other: __Comply with any requirement of the Supervised Release and report as required.__

[x] See attached sheet containing other specified conditions (Continue on separate sheet if required)

_____
(Signature of INS official)

Thomas Decker
(Print name and title of INS official)

**Alien's Acknowledgment of Conditions of Release under an Order of Supervision**

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ____ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____     _____     _____
(Signature of INS official serving order)        (Signature of alien)                      Date

Form I-220B(Rev. 4/1/97)N

U.S. Department of Homeland Security
Immigration and Customs Enforcement

Continuation Page for Form: I-220B

| Alien's Name | File Number | Date |
|---|---|---|
| Jose PUPO-Carrera | A23 221 313 | 02-07-05 |

*josé Pupo Carrera*
Alien's Signature

(picture)

Alien's Address
7101 Biscayne Blvd.
Miami, FL 33138
C/O Catholic Charities
(305) 758-6435
Alien's Telephone Number (if any)

RIGHT INDEX PRINT

PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
|  |  |  |

Signature | Title

U.S. Department of Homeland Security

Immigration and Customs Enforcement

**Order of Supervision-Addendum**

File No: A23 221 313
Date: 02-7-05

Name: Jose PUPO-Carrera

[x] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide the ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide the ICE with written proof of such within 30 days. You must provide the ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide the ICE with written proof of such within 10 days.

[x] That you do not commit any crimes while on this Order of Supervision.

[ ] That you report to any parole or probation officer as required within 5 business days and provide the ICE with written verification of the officers name, address, telephone number, and reporting requirements.

[ ] That you continue to follow any prescribed doctors orders whether medical or psychological including taking prescribed medications.

[ ] That you provide the ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[ ] That you provide the ICE with written responses from the Embassy or Consulate regarding your request.

[x] Any violation of the above conditions will may result in revocation of your employment authorization document.

[x] Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.

[ ] Other.